# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0931
_____

EDDIE WASHINGTON,

Appellant,

v.

NEIGHBORHOOD RESTAURANT
PARTNERS FLORIDA TWO, LLC
d/b/a APPLEBEE'S GRILL AND
BAR,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

January 19, 2024

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and M.K. THOMAS, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Marie A. Mattox and Ashley N. Richardson of Marie A. Mattox, P.A., Tallahassee, for Appellant.

Richard C. McCrea, Jr., and Cayla M. Page of Greenberg Traurig, P.A., Tampa, for Appellee.